NUMBER 13-07-750-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


RICARDO SOBINES, Appellant,


v.



SONIA SOBINES, Appellee.

________________________________________________________


On appeal from the County Court at Law No. 1 


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Ricardo Sobines, has filed a motion to withdraw his notice of appeal on
grounds that he does not wish to continue the appeal. The Court, having considered the
documents on file and appellant's motion to withdraw his notice of appeal, is of the opinion
that the motion should be granted. See Tex. R. App. P. 42.1(a). Appellant's motion is
GRANTED, and, accordingly, the appeal is hereby DISMISSED. Costs will be taxed
against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant."). Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and filed 

this 28th day of February, 2008.